# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ochoa, Michael Gregory | Docket No. | 0980 1:16CR02057-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael Gregory Ochoa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 17th day of August 2016, under the following condition:

**Condition #6:** Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Michael Gregory Ochoa was arrested by the Yakima Police Department on May 16, 2017, for fourth degree assault (case number 7Z0428366, Yakima Municipal Court).

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 25, 2017

by s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

6/5/2017

Date