✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2018

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Ochoa, Michael Gregory | Docket No. | 0980 1:16CR02057-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael Gregory Ochoa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 17th day of August 2016, under the following condition:

**Condition #12:** The defendant shall not purchase, possess, use, distribute or administer any controlled substance, as defined in 21 U.S.C. §802, or paraphernalia related to any controlled substances, except as prescribed by a physician.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Consuming controlled substance methamphetamine on or about April 25, 2018.

**Violation #2:** Consuming controlled substance methamphetamine on or about May 1, 2018.

PRAYING THE COURT WILL ISSUE A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 8, 2018

by s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.

*M. K. Dimke*

Signature of Judicial Officer
5/10/2018
Date